IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILIP W. MCCLURE,

    Petitioner,

Case No. 6:13-cv-00744-BR

ORDER

v.

JEFF PREMO, Superintendent,
Oregon State Penitentiary,

    Respondent.

BROWN, Judge.

Petitioner, an inmate at the Oregon State Penitentiary, brings this habeas corpus action pursuant to 28 U.S.C. § 2254. Currently before the Court is Petitioner's Motion for Voluntary Dismissal Without Prejudice (#33).

IT IS ORDERED that Petitioner's Motion is GRANTED, and this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 6th day of June, 2014.

                        */s/ Anna J. Brown*
                        ANNA J. BROWN
                        United States District Judge

1 - ORDER -